**Dismissed and Memorandum Opinion filed October 17, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00172-CR

## EX PARTE OSCAR IVAN CALVA-CRUZ

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-DCR-102423**

## MEMORANDUM OPINION

Appellant was charged by indictment with possession of a controlled substance in an amount less than 1 gram. *See* Tex. Health & Safety Code Ann. § 481.115(b). On February 9, 2023, appellant filed a pretrial application for writ of habeas corpus seeking release for lack of probable cause. On February 23, 2023, the trial court denied appellant's requested habeas corpus relief. On March 13, 2023, appellant filed a notice of appeal.

During the pendency of this appeal, appellant signed a plea agreement, and the trial court signed a judgment of conviction. A supplemental clerk's record filed

with this court contains the judgment of conviction. Appellant filed a motion to dismiss this appeal as moot. We grant the motion.

The issues regarding appellant's pre-trial habeas restraint have been rendered moot by entry of his plea of guilty to the underlying criminal offense. *Saucedo v. State*, 795 S.W.2d 8, 9 (Tex. App.—Houston [14th Dist.] 1990, no writ). The longstanding rule in Texas regarding habeas corpus is that "where the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are rendered moot." *Id*. (citing *Ex parte Branch*, 553 S.W.2d 380 (Tex. Crim. App. 1997)).

Accordingly, we dismiss the appeal as moot.

PER CURIAM

Panel consists of Justice Jewell, Spain, and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)

2